**Form 237**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **David D. Pomocki** | : | Case No. 15–20365–JAD |
| **aka David D. Pomocki** | : | Chapter: 13 |
| **Kerri L. Pomocki** | : | |
| **aka Kerri Furey** | : | |
| *Debtor(s)* | : | |
| | : | Related to Claim No. 20 |
| MidFirst Bank | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| David D. Pomocki, | : | |
| Kerri L. Pomocki and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

**AND NOW**, this **2nd day of August, 2016,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***MidFirst Bank*** at Claim No. 20 in the above−captioned bankruptcy case,

It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an ***AMENDED CHAPTER 13 PLAN;***

(2) a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

***The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.*** **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 15-20365-JAD
David D. Pomocki                                                            Chapter 13
Kerri L. Pomocki
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil            Page 1 of 1           Date Rcvd: Aug 02, 2016
                              Form ID: 237          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2016.
db/jdb         +David D. Pomocki,    Kerri L. Pomocki,    617 Manning Avenue,    McKeesport, PA 15132-4043
aty            +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edward T. Harvey    on behalf of Creditor    Pittsburgh Federal Credit Union eharvey@hrslaw.com,
               dscott@hrslaw.com
              James E. Miscavage    on behalf of Joint Debtor Kerri L. Pomocki jamesmiscavage@gmail.com
              James E. Miscavage    on behalf of Debtor David D. Pomocki jamesmiscavage@gmail.com
              Martin A. Mooney    on behalf of Creditor    Toyota Motor Credit Corporation
               tshariff@schillerknapp.com,    tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9