IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  DAVID D. POMOCKI and | : | Bankruptcy No.  15-20365-JAD |
| KERRI L. POMOCKI, | : | |
| | : | |
| Debtors, | : | |
| | : | Chapter 13 |
| DAVID D. POMOCKI and | : | |
| KERRI L. POMOCKI, | : | Related to Document. |
| | : | |
| Movants, | : | |
| | : | Motion No.  WO-4 |
| v. | : | |
| | : | |
| KENNY ROSS SUBARU INC., | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 13th day of February, 2015, I served a true and correct copy of the following documents via U. S. Postal Service, first class, postage prepaid:

Order to Pay Trustee Pursuant to Wage Attachment dated the 21st day of October, 2016 and Notification of Debtor's Social Security Number upon:

    Kenny Ross Subaru Inc.
    11331 Route 30
    North Huntingdon  PA  15642

    ATTENTION:  Payroll Department

    Respectfully submitted,

Date:  October 21, 2016                    /s/ James E. Miscavage
                                                              JAMES E. MISCAVAGE
                                                               Attorney at Law
                                                               55 Old Clairton Road, Suite 204
                                                               Pittsburgh  PA  15236
                                                               412-653-5711
                                                               PA I.D. No. 41001