2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-20365-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| David D. Pomocki<br>617 Manning Avenue<br>McKeesport PA 15132 | Kerri L. Pomocki<br>617 Manning Avenue<br>McKeesport PA 15132 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/17/2017.

Name and Address of Alleged Transferor(s):

Claim No. 12: Springleaf Financial Services, PO Box 3251, Evansville, IN 47731

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/19/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David D. Pomocki  
Kerri L. Pomocki  
       Debtors

Case No. 15-20365-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr        Page 1 of 1        Date Rcvd: May 17, 2017  
                              Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14004211      E-mail/PDF: cbp@onemainfinancial.com May 18 2017 01:03:17      Springleaf Financial Services,  
         PO Box 3251,   Evansville, IN 47731  
                                                                                                                          TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2017 at the address(es) listed below:  
           Andrew F Gornall    on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
           Edward T. Harvey    on behalf of Creditor    Pittsburgh Federal Credit Union eharvey@hrslaw.com, dscott@hrslaw.com  
           James Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com  
           James E. Miscavage    on behalf of Debtor David D. Pomocki jamesmiscavage@gmail.com  
           James E. Miscavage    on behalf of Joint Debtor Kerri L. Pomocki jamesmiscavage@gmail.com  
           Joshua I. Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com  
           Martin A. Mooney    on behalf of Creditor    Toyota Motor Credit Corporation tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
           S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                                                                                            TOTAL: 11