**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-20365-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| David D. Pomocki<br>617 Manning Avenue<br>McKeesport PA 15132 | Kerri L. Pomocki<br>617 Manning Avenue<br>McKeesport PA 15132 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/25/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 24: Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/28/17                                                Michael R. Rhodes
                                                                **CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David D. Pomocki
Kerri L. Pomocki
    Debtors

Case No. 15-20365-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: May 26, 2017
                     Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14062459      E-mail/PDF: gecsedi@recoverycorp.com May 27 2017 00:40:58    Synchrony Bank,
   c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                                     TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2017 at the address(es) listed below:
      Andrew F Gornall   on behalf of Creditor   MidFirst Bank agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Edward T. Harvey   on behalf of Creditor   Pittsburgh Federal Credit Union eharvey@hrslaw.com,
       dscott@hrslaw.com
      James Warmbrodt   on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
      James E. Miscavage   on behalf of Debtor David D. Pomocki jamesmiscavage@gmail.com
      James E. Miscavage   on behalf of Joint Debtor Kerri L. Pomocki jamesmiscavage@gmail.com
      Joshua I. Goldman   on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
      Martin A. Mooney   on behalf of Creditor   Toyota Motor Credit Corporation
       tshariff@schillerknapp.com,   ahight@schillerknapp.com
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
      S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                    TOTAL: 11