IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: DAVID D POMOCKI and KERRI L POMOCKI | : | Bankruptcy No. 2-15-BK-20365 |
| Debtor | : | Chapter 13 |
| | : | |
| | : | Claim No. 8 |
| Movant CACH, LLC | : | |
| v. | : | |
| | : | |
| Respondent (if none, then "No Respondent") No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    CACH, LLC

    Incorrect Address:    4340 S MONACO ST
                               FL 2
                               DENVER CO 80237-3485

Corrected Address:

    Creditor Name:    CACH, LLC

    Correct Address:    PO Box 10587
                               Greenville SC 29603-0587

Dated    8/16/2017

Signature of Creditor

*Susan Gaines*

Typed Name
Susan Gaines

Address
PO Box 10587
Greenville SC 29603-0587

Phone No.
(877) 264-5884

[RECEIVED 2017 AUG 28 A 11:23 CLERK U.S. BANKRUPTCY COURT PITTSBURGH]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: DAVID D POMOCKI and KERRI L POMOCKI : Bankruptcy No. 2-15-BK-20365
: Chapter 13
Debtor :
:
: Claim No. 7
:
Movant CACH, LLC :
:
v. :
:
:
:
Respondent (if none, then "No Respondent") :
No Respondent

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

Creditor Name:    CACH, LLC

Incorrect Address: 4340 S MONACO ST
FL 2
DENVER CO 80237-3485

Corrected Address:

Creditor Name:    CACH, LLC

Correct Address:  PO Box 10587
Greenville SC 29603-0587

Dated  8/16/2017

Signature of Creditor

*Susan Gaines* (signature)

Typed Name
Susan Gaines

Address
PO Box 10587
Greenville SC 29603-0587

Phone No.
(877) 264-5884

*[Stamp: RECEIVED 2017 AUG 28 A 11:23 CLERK U.S. BANKRUPTCY COURT PITTSBURGH]*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: DAVID D POMOCKI and KERRI L POMOCKI | : | Bankruptcy No. 2-15-BK-20365 |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Claim No. 6 |
| Movant CACH, LLC | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |
| No Respondent | | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

 Creditor Name:  CACH, LLC

 Incorrect Address: 4340 S MONACO ST
          FL 2
          DENVER CO 80237-3485

Corrected Address:

 Creditor Name:  CACH, LLC

 Correct Address:  PO Box 10587
          Greenville SC 29603-0587

Dated 8/16/2017

               Signature of Creditor

               Typed Name
               Susan Gaines

               Address
               PO Box 10587
               Greenville SC 29603-0587

               Phone No.
               (877) 264-5884