# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

08/16/2018

IN RE:

DAVID D. POMOCKI | Case No.15-20365 JAD
KERRI L. POMOCKI |
617 MANNING AVENUE | Chapter 13
MCKEESPORT, PA 15132
XXX-XX-1400          Debtor(s)

XXX-XX-0608

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee′s final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/16/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY\*** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number:23 | ACCOUNT NO.: 1400 |
| 411 7TH AVE | | |
| MAIL DROP 16-1 | CLAIM: 180.39 | |
| PITTSBURGH, PA  15219 | COMMENT: NT/SCH | |

| | | |
|---|---|---|
| **PITTSBURGH FEDERAL CREDIT UNION\*\*** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 317 BROWNSVILLE RD | Court Claim Number:11-2 | ACCOUNT NO.: 6833 |
| | CLAIM: 14,024.35 | |
| PITTSBURGH, PA  15210-2297 | COMMENT: UNS/DOE 5-7-2015\*JUDGMENT\*AMD\*W/29 | |

| | | |
|---|---|---|
| **EQUITABLE GAS CO(\*)** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 375 NORTH SHORE DR | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15212 | COMMENT: /PRAE | |

| | | |
|---|---|---|
| **MIDFIRST BANK SSB\*** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| ATTN BANKRUPTCY TRUSTEE PMTS\* | Court Claim Number:20 | ACCOUNT NO.: 1074 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM: 0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT: PMT/DECL\*MIDLAND MRTG/PL\*DKT4PMT-LMT\*BGN 3/15 | |

| | | |
|---|---|---|
| **TOYOTA MOTOR CREDIT CORP (TMCC)** | Trustee Claim Number:5   INT %: 8.99% | CRED DESC: VEHICLE |
| POB 9490\*\* | Court Claim Number:3 | ACCOUNT NO.: 027-BU223059 |
| | CLAIM: 16,770.10 | |
| CEDAR RAPIDS, IA  52409-9490 | COMMENT: C3GOV\*13,000@8.99%MDF/PL\*2b506'D/PL | |

| | | |
|---|---|---|
| **TOYOTA MOTOR CREDIT CORP (TMCC)** | Trustee Claim Number:6   INT %: 6.25% | CRED DESC: VEHICLE |
| POB 9490\*\* | Court Claim Number:2 | ACCOUNT NO.: 027-BS060720 |
| | CLAIM: 7,732.79 | |
| CEDAR RAPIDS, IA  52409-9490 | COMMENT: %/CONF\*C2GOV\*10,112@0%MDF/PL\*DKT | |

| | | |
|---|---|---|
| **CERASTES LLC** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:14 | ACCOUNT NO.: 6369 |
| PO BOX 3978 | CLAIM: 3,806.13 | |
| SEATTLE, WA  98124-3978 | COMMENT: BARCLAYS BANK | |

| | | |
|---|---|---|
| **CACH LLC\*\*** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 10587 | Court Claim Number:6 | ACCOUNT NO.: 0940 |
| | CLAIM: 457.79 | |
| GREENVILLE, SC  29603-0587 | COMMENT: 1197/SCH\*CAPITAL ONE | |

| | | |
|---|---|---|
| **ECAST SETTLEMENT CORP** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 29262 | Court Claim Number:19 | ACCOUNT NO.: 1075 |
| | CLAIM: 6,933.97 | |
| NEW YORK, NY  10087-9262 | COMMENT: CITIBANK | |

| | | |
|---|---|---|
| **ECAST SETTLEMENT CORP** | Trustee Claim Number:10 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 29262 | Court Claim Number:18 | ACCOUNT NO.: 4385 |
| | CLAIM: 4,649.65 | |
| NEW YORK, NY  10087-9262 | COMMENT: CITIBANK | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:5 | ACCOUNT NO.: 9109 |
| PO BOX 3025 | | |
| | CLAIM: 6,940.62 | |
| NEW ALBANY, OH 43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:4 | ACCOUNT NO.: 8517 |
| PO BOX 3025 | | |
| | CLAIM: 1,571.95 | |
| NEW ALBANY, OH 43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **DS WATERS OF AMERICA** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 18904 WASHINGTON BLVD | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| BALTIMORE, MD 21230 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK/MACY'** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O TRANSWORLD SYSTEMS INC | Court Claim Number:9 | ACCOUNT NO.: 6883 |
| PO BOX 4275 | | |
| | CLAIM: 351.69 | |
| NORCROSS, GA 30091 | COMMENT: | |

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK/MACY'** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O TRANSWORLD SYSTEMS INC | Court Claim Number:10 | ACCOUNT NO.: 3287 |
| PO BOX 4275 | | |
| | CLAIM: 898.24 | |
| NORCROSS, GA 30091 | COMMENT: | |

| | | |
|---|---|---|
| **CACH LLC**** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 10587 | Court Claim Number:8 | ACCOUNT NO.: 9263 |
| | CLAIM: 12,420.50 | |
| GREENVILLE, SC 29603-0587 | COMMENT: 0027/SCH*LENDING CLUB | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:21 | ACCOUNT NO.: 3750 |
| | CLAIM: 1,424.25 | |
| NORFOLK, VA 23541 | COMMENT: NORDSTROM | |

| | | |
|---|---|---|
| **GECC/SAMS CLUB++** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 103104 | Court Claim Number: | ACCOUNT NO.: 6011361074856188 |
| | CLAIM: 0.00 | |
| ROSWELL, GA 30076 | COMMENT: NT ADR~DISCOVER/SCH | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:25 | ACCOUNT NO.: 8471 |
| | CLAIM: 1,234.11 | |
| NORFOLK, VA 23541 | COMMENT: SAMS CLUB/SCH*SYNCHRONY BANK | |

| | | |
|---|---|---|
| **SEARS/CITI CARD USA*++** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| BANKRUPTCY DEPT* | Court Claim Number: | ACCOUNT NO.: 5121072272650625 |
| POB 182149* | | |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43218 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:12 | ACCOUNT NO.: 9480 |
| | CLAIM:  7,183.68 | |
| NORFOLK, VA  23541 | COMMENT:  8513/SCH*FR SPRINGLEAF FINANCIAL-DOC 77*ACCT OPENED 11/15/2013 | |

| | | |
|---|---|---|
| **CACH LLC\*\*** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 10587 | Court Claim Number:7 | ACCOUNT NO.: 1695 |
| | CLAIM:  9,646.79 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  9480/SCH*SPRINGCASTLE AMERICA FNDNG | |

| | | |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(\*)** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:1 | ACCOUNT NO.: 7069 |
| PO BOX 27288 | CLAIM:  1,136.85 | |
| TEMPE, AZ  85282 | COMMENT:  3540/SCH*SYNCHRONY BANK~CARE CREDIT | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:22 | ACCOUNT NO.: 6217 |
| | CLAIM:  2,379.79 | |
| NORFOLK, VA  23541 | COMMENT:  SYNCHRONY BANK~JC PENNEY | |

| | | |
|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:24 | ACCOUNT NO.: 5475 |
| | CLAIM:  2,759.73 | |
| NORFOLK, VA  23541 | COMMENT:  WALMART/GEMB*FR SYNCHRONY BANK-DOC 80 | |

| | | |
|---|---|---|
| **TD BANK NA(\*)** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPT ME 100-39 | Court Claim Number: | ACCOUNT NO.: 4352377615161690 |
| POB 9547 | CLAIM:  0.00 | |
| PORTLAND, ME  04112 | COMMENT:  TARGET/SCH | |

| | | |
|---|---|---|
| **TD BANK USA NA\*\*** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:13 | ACCOUNT NO.: 7690 |
| PO BOX 3978 | CLAIM:  3,277.69 | |
| SEATTLE, WA  98124 | COMMENT:  0376/SCH | |

| | | |
|---|---|---|
| **TOYOTA MOTOR CREDIT CO\*\*** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 240 GIBRALTAR RD STE 260 | Court Claim Number: | ACCOUNT NO.: 4510460001405902 |
| | CLAIM:  0.00 | |
| HORSHAM, PA  19044 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **PITTSBURGH FEDERAL CREDIT UNION\*\*** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| 317 BROWNSVILLE RD | Court Claim Number:11-2 | ACCOUNT NO.: 6833 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15210-2297 | COMMENT:  UNS/DOE~SEE CL DKT@2*NO SEC/SCH*JUDGMENT*AMD CL=0*W/2 | |

| | | |
|---|---|---|
| **MIDFIRST BANK SSB\*** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC:  MORTGAGE ARR. |
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:20 | ACCOUNT NO.: 1074 |
| 999 NW GRAND BLVD STE 100 | CLAIM:  17.70 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  C20 ARRS GOV*NT PROV/PL*MIDLAND MRTG/PL* THRU 2/15 | |

| AMERICAN INFOSOURCE LP AGENT - MIDLAND | Trustee Claim Number:31 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 268941 | Court Claim Number:15 | ACCOUNT NO.:  7570 |
| | CLAIM:  7,854.06 | |
| OKLAHOMA CITY, OK  73126-8941 | COMMENT:  NT/SCH*SYNCHRONY BANK | |

| AMERICAN INFOSOURCE LP AGENT - MIDLAND | Trustee Claim Number:32 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 268941 | Court Claim Number:16 | ACCOUNT NO.:  7170 |
| | CLAIM:  1,660.57 | |
| OKLAHOMA CITY, OK  73126-8941 | COMMENT:  NT/SCH*SYNCHRONY BANK | |

| AMERICAN INFOSOURCE LP AGENT - MIDLAND | Trustee Claim Number:33 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 268941 | Court Claim Number:17 | ACCOUNT NO.:  4779 |
| | CLAIM:  3,687.32 | |
| OKLAHOMA CITY, OK  73126-8941 | COMMENT:  NT/SCH*CITIBANK | |