IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 15-20365-JAD |
| | ) | |
| DAVID D. POMOCKI and | ) | Chapter 13 |
| KERRI L. POMOCKI, | ) | |
| | ) | |
| Debtors. | ) | Document No. _____ |

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

TO:  Case Administrator

Please correct the mailing address of the following creditor in the above-captioned case as follows:

| CURRENT | CORRECTED |
|---|---|
| Capital One N.a. | Capital One N.a. |
| 4340 S. Monaco St. Unit 2 | P.O. Box 30285 |
| Denver  CO  80237-3485 | Salt Lake City  UT 84130-0285 |

Thank you for your assistance with this matter.

| | |
|---|---|
| April 2, 2019 | /s/    James E. Miscavage |
| Date | JAMES E. MISCAVAGE, ESQUIRE |
| | Attorney for Debtor |
| | 55 Old Clairton Road, Suite 204 |
| | Pittsburgh  PA  15236 |
| | (412) 653-5711 |
| | jamesmiscavage@gmail.com |
| | PA I.D. #41001 |