IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 15-20365-JAD |
| | ) | |
| DAVID D. POMOCKI and | ) | Chapter 13 |
| KERRI L. POMOCKI, | ) | |
| | ) | |
| Debtors. | ) | Document No. _____ |

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

TO: Case Administrator

Please correct the mailing address of the following creditor in the above-captioned case as follows:

CURRENT

Sears
Box 183082
Columbus  OH  43218-3082

CORRECTED

Sears
Sears Citi Card
Sears Consumer Payments
P. O. Box 9001055
Louisville  KY  40290

Thank you for your assistance with this matter.

April 2, 2019                                              /s/    James E. Miscavage
Date                                                      JAMES E. MISCAVAGE, ESQUIRE
                                                         Attorney for Debtor
                                                         55 Old Clairton Road, Suite 204
                                                         Pittsburgh  PA  15236
                                                         (412) 653-5711
                                                         jamesmiscavage@gmail.com
                                                         PA I.D. #41001