IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-20365-JAD |
| DAVID D. POMOCKI and | : | |
| KERRI L. POMOCKI | : | |
|       Debtors | : | |
| | : | Chapter 13 |
| | : | |
|       v. | : | |
| RONDA J. WINNECOUR, Trustee | : | |
| Respondents | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On May 1, 2015, at docket number 15-20365-JAD, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):*Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: December 10, 2019        By:   /s/ James E. Miscavage, Esquire
                                      James E. Miscavage, Esquire
                                      55 Old Clairton Road, Suite 204
                                      Pittsburgh PA  15236
                                      412-653-5711
                                      jamesmiscavage@gmail.com
                                      PA ID# 41001

**PAWB Local Form 24 (07/13)**