**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  DAVID D. POMOCKI<br>KERRI L. POMOCKI<br>         Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>         vs.<br>DAVID D. POMOCKI<br>KERRI L. POMOCKI<br><br>         Respondents | Bankruptcy No. 15-20365-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 111 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 26th day of February, 2020, it is hereby ORDERED, ADJUDGED and DECREED that,

> Kenny Ross
> Attn: Payroll Manager
> 11331 Route 30
> North Huntingdon, PA 15642

is hereby ordered to immediately terminate the attachment of the wages of DAVID D. POMOCKI, social security number XXX-XX-1400. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DAVID D. POMOCKI.

BY THE COURT:

_____ mas
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
2/26/20 3:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David D. Pomocki
Kerri L. Pomocki
       Debtors

Case No. 15-20365-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: msch   Page 1 of 1   Date Rcvd: Feb 26, 2020
                      Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2020.
db/jdb        +David D. Pomocki,    Kerri L. Pomocki,    617 Manning Avenue,    McKeesport, PA 15132-4043
              +Kenny Ross,    Attn: Payroll Manager,    11331 Route 30,    North Huntingdon, PA 15642-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    MidFirst Bank andygornall@latouflawfirm.com
        Edward T. Harvey    on behalf of Creditor    Pittsburgh Federal Credit Union eharvey@hrslaw.com,
         dscott@hrslaw.com
        James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
        James E. Miscavage    on behalf of Joint Debtor Kerri L. Pomocki jamesmiscavage@gmail.com
        James E. Miscavage    on behalf of Debtor David D. Pomocki jamesmiscavage@gmail.com
        Joshua I. Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
        Martin A. Mooney    on behalf of Creditor    Toyota Motor Credit Corporation
         kcollins@schillerknapp.com,   lgadomski@schillerknapp.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                  TOTAL: 11