**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  DAVID D. POMOCKI<br>KERRI L. POMOCKI<br>            Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>        vs.<br>  DAVID D. POMOCKI<br>KERRI L. POMOCKI<br><br>            Respondents | Bankruptcy No. 15-20365-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 112 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this <u>26th</u> day of <u>February</u>, 2020, it is hereby ORDERED, ADJUDGED and DECREED that,

> Western Pennsylvania Hospital
> Attn: Payroll Manager
> 2570 Haymaker Rd
> Monroeville, PA 15146

is hereby ordered to immediately terminate the attachment of the wages of KERRI L. POMOCKI, social security number XXX-XX-0608. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KERRI L. POMOCKI.

BY THE COURT:

_____
JEFFERY A. DELLER        mas
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
2/26/20 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 15-20365-JAD
David D. Pomocki                                                Chapter 13
Kerri L. Pomocki
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: msch              Page 1 of 1              Date Rcvd: Feb 26, 2020
                              Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
```
db/jdb          +David D. Pomocki,   Kerri L. Pomocki,   617 Manning Avenue,   McKeesport, PA 15132-4043
                +Western Pennsylvania Hospital,   Attn: HR Dept./Payroll,   2570 Haymaker Road,
                  Monroeville, PA 15146-3513
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    MidFirst Bank andygornall@latouflawfirm.com
              Edward T. Harvey    on behalf of Creditor    Pittsburgh Federal Credit Union eharvey@hrslaw.com,
               dscott@hrslaw.com
              James Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              James E. Miscavage    on behalf of Joint Debtor Kerri L. Pomocki jamesmiscavage@gmail.com
              James E. Miscavage    on behalf of Debtor David D. Pomocki jamesmiscavage@gmail.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Martin A. Mooney    on behalf of Creditor    Toyota Motor Credit Corporation
               kcollins@schillerknapp.com, lgadomski@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 11
```