Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David D. Pomocki
aka David D. Pomocki
Kerri L. Pomocki
aka Kerri Furey**
  Debtor(s)

Bankruptcy Case No.: 15−20365−JAD
Related To Doc. No. 119
Chapter: 13
Docket No.: 120 − 119

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

 **AND NOW,** this The 28th of April, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

 **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/10/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/24/20 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/10/20.**

                                        Jeffery A. Deller
                                        United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David D. Pomocki  
Kerri L. Pomocki  
    Debtors

Case No. 15-20365-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: msch      Page 1 of 2      Date Rcvd: Apr 28, 2020  
                         Form ID: 408    Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.

```
db/jdb         +David D. Pomocki,    Kerri L. Pomocki,    617 Manning Avenue,    McKeesport, PA 15132-4043
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Toyota Motor Credit Corporation,    c/o Schiller & Knapp LLP,    950 New Loudon Rd,
                 Latham, NY 12110-2100
13991135       +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
13991136       +Blatt, Hasenmiller,    1835 Market Street,    Suite 501,    Philadelphia, PA 19103-2933
13991139       +Cba Collection Bureau,    25954 Eden Landing Rd,    Hayward, CA 94545-3837
13991140       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14001429       +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13991142       +Ds Waters Of America Inc,    25954 Eden Landing Rd,    Hayward, CA 94545-3816
13991143       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14038223        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13991144       +EIS Collections,    Box 1398,    Reynoldsburg, OH 43068-6398
13991145       +Fma Alliance,    12339 Cutten Road,    Houston, TX 77066-1807
14050690       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13991148       +Midland Mtg/Midfirst,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13991150       +Pittsburgh Federal credit union,    317 Brownsville Road,    Pittsburgh, PA 15210-2297
13991152       +Pressler & Pressler,    7 Entin Road,    Parsipany, NJ 07054-5020
13991154       +Sam's Club Discover/Gecb,    Box 530942,    Atlanta, GA 30353-0942
13991153       +Sam's Club Discover/Gecb,    Box 960013,    Orlando, FL 32896-0013
13991155       +Sears Credit Cards,    c/o Sears Citi Card,    Sears Consumer Payments,    P.O. Box 9001055,
                 Louisville, KY 40290-1055
13993032       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026)
13991161       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13991162       +Toyota Fsb,    Po Box 108,    Saint Louis, MO 63166-0108
13991163       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 03:34:26
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
14034383        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 29 2020 03:33:33
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
15014138       +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Apr 29 2020 03:22:40
                 Bridgecrest Credit Company,LLC,    PO BOX 29018,    PHOENIX, AZ 85038-9018
13991137        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 29 2020 03:32:31     CACH, LLC,
                 PO Box 10587,    Greenville, SC  29603-0587
14013967       +E-mail/Text: bncmail@w-legal.com Apr 29 2020 03:22:31     CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13991138        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2020 03:34:22     Capital One N.a.,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
13991803       +E-mail/Text: bankruptcy@cavps.com Apr 29 2020 03:22:35     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13994806        E-mail/Text: mrdiscen@discover.com Apr 29 2020 03:21:50     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13991141       +E-mail/Text: mrdiscen@discover.com Apr 29 2020 03:21:50     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
14060893       +E-mail/Text: kburkley@bernsteinlaw.com Apr 29 2020 03:22:45     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13991147       +E-mail/Text: ebn@ltdfin.com Apr 29 2020 03:22:01     LTD Financial Services,
                 7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
13991146       +E-mail/Text: bk@lendingclub.com Apr 29 2020 03:22:40     Lending Club Corp,
                 71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
13991149       +E-mail/Text: bnc@nordstrom.com Apr 29 2020 03:21:56     Nordstrom Fsb,    Po Box 13589,
                 Scottsdale, AZ 85267-3589
14520087        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 03:34:26
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14053364        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 03:32:27
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13991151       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 03:33:34     Portfolio,
                 Box 12914,    Norfolk, VA 23541-0914
13991156        E-mail/PDF: cbp@onemainfinancial.com Apr 29 2020 03:32:15     Springleaf,    Box 742536,
                 Cinninnati, OH  45274
13991157        E-mail/PDF: cbp@onemainfinancial.com Apr 29 2020 03:34:13     Springleaf Financial,
                 601 Nw 2nd St,    Evansville, IN 47708
14004211        E-mail/PDF: cbp@onemainfinancial.com Apr 29 2020 03:33:10     Springleaf Financial Services,
                 PO Box 3251,    Evansville, IN 47731
```

```
District/off: 0315-2             User: msch                Page 2 of 2                   Date Rcvd: Apr 28, 2020
                                 Form ID: 408              Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13991158          +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 03:34:16      Syncb/care Credit,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
13991159          +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 03:34:14      Syncb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
13991160          +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 03:34:15      Syncb/walmart Dc,    Po Box 965024,
                 Orlando, FL 32896-5024
14062459           E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 03:32:17      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14006197          +E-mail/Text: bncmail@w-legal.com Apr 29 2020 03:22:31       TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr*             MidFirst Bank
cr*            +Pittsburgh Federal Credit Union,    317 Brownsville Road,    Pittsburgh, PA 15210-2297
14632963*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,     POB 41067,
                 Norfolk, VA 23541)
                                                                                             TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    MidFirst Bank andygornall@latouflawfirm.com
              Edward T. Harvey    on behalf of Creditor    Pittsburgh Federal Credit Union eharvey@hrslaw.com,
               dscott@hrslaw.com
              James Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              James E. Miscavage    on behalf of Debtor David D. Pomocki jamesmiscavage@gmail.com,
               miscavagejr96026@notify.bestcase.com
              James E. Miscavage    on behalf of Joint Debtor Kerri L. Pomocki jamesmiscavage@gmail.com,
               miscavagejr96026@notify.bestcase.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Martin A. Mooney    on behalf of Creditor    Toyota Motor Credit Corporation
               kcollins@schillerknapp.com, lgadomski@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11
```